UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-CR-0141-GEB |
| | ) | |
| Plaintiff, | ) | ORDER DENYING MOTION TO FILE |
| | ) | UNDER SEAL AND RETURNING |
| v. | ) | DOCUMENTS REQUESTED TO BE SEALED |
| | ) | |
| TIMOTHY SAMBADO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| UNITED STATES OF AMERICA, | ) | 2:08-CR-0142-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARIE JOSEE DUSABLAN-SAMBADO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On October 10, 2008, Defendants Timothy Sambado and Marie Josee Dusablon-Sambado, submitted to chambers documents they desire filed under seal; the documents concern each defendant's pending sentencing hearing. However, in light of the information contained in, and attached to, each defendant's presentence report, and the numerous letters written on behalf of each defendant, what is requested to be sealed is either already in the record or is duplicative of what exists in the record. Therefore, the sealing request is denied, and the Clerk of the Court shall return to counsel the documents submitted on October 10, 2008, for *in camera* consideration of the sealing request. See United States v. Baez-

1 Alcaino, 718 F. Supp. 1503, 1506 (M.D. Fla. 1989) (explaining that
2 when a judge decides *in camera* that the movant for a sealing order
3 fails to justify a sealing request, the document requested to be
4 filed under seal should be returned to the submitting party).

Dated:  October 14, 2008

                                   _____
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge