MALCOLM SEGAL
SEGAL & KIRBY LLP
770 L Street, Suite 1440
Sacramento, California 95814
Telephone:  (916) 441-0828
Facsimile:    (916) 446-6003

Attorneys for Defendant
Timothy Sambado

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:08-CR-00141 GEB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE FOR SELF-SURRENDER** |
| v. | |
| TIMOTHY SAMBADO, | |
| Defendant. | |

     Defendant TIMOTHY SAMBADO, through his counsel of record, Malcolm S. Segal, and Plaintiff United States of America, through its counsel, Assistant United States Attorney Benjamin B. Wagner, agree and stipulate that the defendant's self-surrender to commence service of the sentence of camp confinement with the United States Bureau of Prisons, currently set for September 1, 2009, may be continued to October 1, 2009, at 2:00 P.M., in order to permit the defendant to complete his business and fiduciary obligations to Central Valley agricultural industry growers utilizing his company's fruit packing facilities during a difficult crop year.

     The parties further agree and stipulate that all prior terms and conditions of the defendant's release and self-surrender imposed by this Court shall remain in force and effect.

Dated: August 10, 2009          **SEGAL & KIRBY LLP**


By:  /s/ Malcolm S. Segal
     MALCOLM S. SEGAL
     Counsel for Defendant
     TIMOTHY SAMBADO


Dated: August 10, 2009


By:   /s/ Benjamin B. Wagner
     BENJAMIN B. WAGNER
     Assistant United States Attorney
     (Per Authorization)


### ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the date for Defendant Timothy Sambado's self-surrender is extended to the date of October 1, 2009, at 2:00 P.M. All of the prior terms and conditions of Defendant's release and self-surrender imposed by this Court shall remain in full force and effect.

**IT IS SO ORDERED**.

Dated:  August 10, 2009

                              GARLAND E. BURRELL, JR.
                              United States District Judge