UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

>RE: Timothy SAMBADO
>Docket Number: 2:08CR00141-01
>**PERMISSION TO TRAVEL**
>**OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Turks and Caicos Island. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On October 17, 2008, Mr. Sambado was sentenced for the offense of 26 USC 7206(1) - Making and Subscribing to a False Tax Return.

**Sentence imposed:** 7 months custody in the Bureau of Prisons; 12 months Supervised Release; $30,000 Fine; $100 Special Assessment; and $1,362.33 Bill of Costs. **Special Conditions:** Warrantless search; Financial disclosure; and Home detention for a period of 150 days with electronic monitoring.

**Dates and Mode of Travel:** Mr. Sambado plans to fly to Turks and Caicos Island on November 21, 2010, and return on November 29, 2010.

**Purpose:** Family vacation.

**RE:    Timothy SAMBADO**
       **Docket Number:  2:08CR00141-01**
       **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


                            Respectfully Submitted,


                            /s/ Kris M. Miura
                            **KRIS M. MIURA**
                            **United States Probation Officer**


**DATED:**   October 21, 2010
            Elk Grove, California
            KMM/cj


**REVIEWED BY:**    /s/ Deborah A. Spencer
                   **DEBORAH A. SPENCER**
                   **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

**Approved**   X                          **Disapproved**  _____

Dated:  October 22, 2010

                            _____
                            GARLAND E. BURRELL, JR.
                            United States District Judge