UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                                          RE:    Timothy SAMBADO
                                                   Docket Number:  2:08CR00141-01
                                                 **PERMISSION TO TRAVEL**
                                                 **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Santiago, Chile.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On October 17, 2008, Mr. Sambado was sentenced for the offense of 26 USC 7206(1) - Making and Subscribing to a False Tax Return.

**Sentence imposed:**   7 months custody in the Bureau of Prisons; 12 months Supervised Release; $30,000 Fine; $100 Special Assessment; and $1,362.33 Bill of Costs.  **Special Conditions:**  Warrantless search; Financial disclosure; and Home detention for a period of 150 days with electronic monitoring.

**Dates and Mode of Travel:**   Mr. Sambado plans to fly to Santiago, Chile on December 6, 2010, and return on December 8, 2010.

**Purpose:**   Business.

**RE:   Timothy SAMBADO**
      Docket Number:  2:08CR00141-01
      <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>

                         Respectfully Submitted,


                         /s/ Kris M. Miura
                         **KRIS M. MIURA**
                         **United States Probation Officer**


**DATED:**   December 2, 2010
            Elk Grove, California
            KMM/cj


**REVIEWED BY:**    /s/ Deborah A. Spencer
                   **DEBORAH A. SPENCER**
                   **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

**Approved**    X                    **Disapproved** _____

Dated:  December 2, 2010

                         _____
                         GARLAND E. BURRELL, JR.
                         United States District Judge