UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                                      RE:    Timothy SAMBADO
                                                  Docket Number:  2:08CR00141-01
                                                  **PERMISSION TO TRAVEL**
                                                   **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Tokyo and Osaka, Japan, and Hawaii. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On October 17, 2008, Mr. Sambado was sentenced for the offense of 26 USC 7206(1) - Making and Subscribing to a False Tax Return.

**Sentence imposed:**   7 months custody in the Bureau of Prisons; 12 months Supervised Release; $30,000 Fine; $100 Special Assessment; and $1,362.33 Bill of Costs.  **Special Conditions:**  Warrantless search; Financial disclosure; and Home detention for a period of 150 days with electronic monitoring.

**Dates and Mode of Travel:**   Mr. Sambado plans to fly to Japan on February 21, 2011, and then to Hawaii, on February 25, 2011, and return home on March 2, 2011.

**Purpose:**  Business and vacation.

**RE:	Timothy SAMBADO
	Docket Number:  2:08CR00141-01
	<u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully Submitted,

/s/ Kris M. Miura
**KRIS M. MIURA
United States Probation Officer**

**DATED:**	February 3, 2011
	Elk Grove, California
	KMM/cj

**REVIEWED BY:**	  /s/ Deborah A. Spencer
	**DEBORAH A. SPENCER
	Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

**Approved**	    X	**Disapproved**	

Dated:  February 7, 2011

```
GARLAND E. BURRELL, JR.
United States District Judge
```