UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                              RE:    Timothy SAMBADO
                                      Docket Number:  2:08CR00141-01
                                      **PERMISSION TO TRAVEL**
                                      **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Paris, France.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On October 17, 2008, Mr. Sambado was sentenced for the offense of 26 USC 7206(1) - Making and Subscribing to a False Tax Return.

**Sentence imposed:**   7 months custody in the Bureau of Prisons; 12 months Supervised Release; $30,000 Fine; $100 Special Assessment; and $1,362.33 Bill of Costs.  **Special Conditions:**  Warrantless search; Financial disclosure; and Home detention for a period of 150 days with electronic monitoring.

**Dates and Mode of Travel:**   Mr. Sambado plans to fly to Paris, France, on March 20, 2011, and return home on March 29, 2011.

**Purpose:**  Vacation.

**RE:   Timothy SAMBADO**
   **Docket Number:  2:08CR00141-01**
   **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


Respectfully Submitted,


/s/ Kris M. Miura
**KRIS M. MIURA**
United States Probation Officer


**DATED:**   February 15, 2011
   Elk Grove, California
   KMM/cj


**REVIEWED BY:**   /s/ Deborah A. Spencer
   **DEBORAH A. SPENCER**
   **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

**Approved**   X                    **Disapproved**   _____

**Dated:  February 21, 2011**

                               _/s/ Garland E. Burrell, Jr._
```
GARLAND E. BURRELL, JR.
United States District Judge
```